| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2022-07798 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* Dr. Teri Lorencen Stockwell | Home Phone *(Incl. Area Code)* (470) 506-4337 | Date of Birth 12/20/1954 |
|---|---|---|
| Street Address 961 Devonwood Trail, NW | City, State and ZIP Code Marietta, GA 30064 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name Life University    RECEIVED AT ATDO EEOC ON 7/13/2022 | No. Employees, Members 15+ | Phone No. *(Include Area Code)* |
|---|---|---|
| Street Address 1269 Barclay Circle | City, State and ZIP Code Marietta, GA  30060 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br>☒ RACE (white)  ☐ COLOR  ☒ SEX (female)  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest        Latest<br>12/08/2021<br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired by Life University in 2012 as Clinician.  In July 2020, I moved into an administrative role as Assistant Director of Clinics, and in February 2021, I began working as Executive Director for Clinic Operations.

On December 8, 2021, I was called to a meeting to discuss a "confidential" issue. In that meeting I was informed of multiple anonymous and false complaints against me.  Prior to this meeting, there had been no indication of any concern or issue regarding my performance in any of the many roles I had served.  I complained about the meeting, wrote, and submitted a memo about the experience, was subsequently harassed by the HR officer in my office, reported that I was subject to a toxic environment, and informed Life that I know that at least one of the supposed complaints had actually not been lodged.

I was demoted to a position as a faculty member, which began on January 31, 2022, and was prohibited from working in the clinic or ever supervising another employee.  I was given no evaluation and was afforded no opportunity for remediation or improvement in the way of an improvement plan.  As the investigation progressed, I was given no opportunity for rebuttal. My pay was reduced beginning January 24, 2022. Male employees who have been reassigned by Life were not subject to reduced pay, and a number have kept their positions with no negative consequences, either financially or positionally.  The false allegations, investigation, and adverse action were all because of or related to my gender and race.

I have also been subject to a hostile work environment. As part of that hostile work environment, among other things, I was interrogated and wrongfully accused, defamed and demonized to coworkers, intimidated, threatened, unfairly judged because of my gender, yelled at and berated, targeted, subjected to a biased investigation that did not follow policy, falsely accused of sleeping with my supervisor to obtain my position and subjected to derogatory comments to that effect, denied support, singled out and targeted by black employees, used as a scapegoat for interpersonal issues, stripped of my own office and forced to share an office with the HR Officer who harassed me, prohibited from supervising employees, set up to fail, wrongly placed on administrative leave, provided no training and little mentoring, and subjected to gender bias. I was then told I

just needed to smile more. The harassment unreasonably interfered with my ability to perform my job, directly impacted the conditions of my employment, and caused irreparable loss to my reputation and character.

In a conversation in April 2022, the President of the University acknowledged that similar behavior on the part of staff and others was occurring in other parts of the University and that the HR processes for dealing with those circumstances was inadequate. I informed him that because of the failures of the institution and its processes, I lost a job that I loved. Similarly situated employees were not subject to the same treatment and adverse actions.

I have been retaliated against and discriminated against because of my sex/gender and race by Life University in violation of federal law.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/13/2022　　　　*DocuSigned by:* R.J. Ary DC — 340982B0FA6946E...<br>　Date　　　　　　Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |